OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 JUL 27. 2015

**7/20/2015**
**TYSON, JARVIS DYWANE   Tr. Ct. No. 25638-A-1            WR-83,626-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

JARVIS DYWANE TYSON
TDC # 1851407
2400 Wallace Pack P.L.
Navrosota, T

U TF